AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Victoria Miller, Natalia Burak, Satetta Hampton, Ralf Lindenlaub, Natalia Brattceva, Maxim Milchman, and Thomas Brumbeloe<br><br>*Plaintiff(s)*<br><br>v.<br><br>Cloud Solutions212, Inc.; Carbon 60USA, Inc.; EWT Cloud Solutions, Inc.; and Anthony Williams<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cloud Solutions212, Inc.
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE  19958
OR c/o Anthony Williams
360 Pharr Road, Apt 158
Atlanta, Georgia  30305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lisa D. Taylor
Durham Taylor LLC
1650 Whippoorwill Road
Watkinsville, GA  30677

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Victoria Miller, Natalia Burak, Satetta Hampton, Ralf Lindenlaub, Natalia Brattceva, Maxim Milchman, and Thomas Brumbeloe <br><br> *Plaintiff(s)* <br> v. <br> Cloud Solutions212, Inc.; Carbon60 USA, Inc.; EWT Cloud Solutions, Inc.; and Anthony Williams <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Carbon60 USA, Inc.
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958
OR c/o Anthony Williams
360 Pharr Road, Apt 158
Atlanta, Georgia 30305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lisa D. Taylor
Durham Taylor LLC
1650 Whippoorwill Road
Watkinsville, GA 30677

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Victoria Miller, Natalia Burak, Satetta Hampton, Ralf Lindenlaub, Natalia Brattceva, Maxim Milchman, and Thomas Brumbeloe <br><br> *Plaintiff(s)* <br><br> v. <br><br> Cloud Solutions212, Inc.; Carbon60 USA, Inc.; EWT Cloud Solutions, Inc.; and Anthony Williams <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EWT Cloud Solutions, Inc.
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE  19958
OR c/o Anthony Williams
360 Pharr Road, Apt 158
Atlanta, Georgia  30305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lisa D. Taylor
Durham Taylor LLC
1650 Whippoorwill Road
Watkinsville, GA  30677

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*