# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Victoria Miller, Natalia Burak, Satetta Hampton, Ralf Lindenlaub, Natalia Brattceva, Maxim Milchman, and Thomas Brumbeloe,<br>      Plaintiff(s),<br><br>vs.<br><br>Cloud Solutions212, Inc., Carbon60 USA, Inc., EWT Cloud Solutions, Inc., and Anthony Williams,<br>      Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:18-cv-3726-MLB |

## AMENDED DEFAULT JUDGMENT

The defendant(s) Cloud Solutions212, Inc., Carbon60 USA, Inc., EWT Cloud Solutions, Inc., and Anthony Williams, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Michael L Brown, United States District Judge, by order of November 2, 2020, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiffs Victoria Miller recover the amount of $136,264.05; Natalia Burak  recover the amount of $46,300.16; Satetta Hampton recover the amount of $9,230.16; Ralf Lindenlaub recover the amount of $210,096.16; Natalia Brattceva recover the amount of $49,224.32; Maxim Milchman recover the amount of $146,153.70; and Thomas Brumbeloe recover the amount of $263,275.20 from the defendant(s) Cloud Solutions212, Inc., Carbon60 USA, Inc., EWT Cloud Solutions, Inc., and Anthony Williams, jointly and severally, plus $31,815.00 for attorney fees and $998.45 for accrued litigation costs for a total amount of $893,357.80, plus interest at the legal rate.

Dated at Atlanta, Georgia this 16th day of November, 2020.

JAMES N. HATTEN CLERK
OF COURT

By:   s/D. Burkhalter
       Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
November 16, 2020
James N. Hatten Clerk
of Court

By:  s/D. Burkhalter
       Deputy Clerk